Florida East Coast Railroad Company, Plaintiff in Error,
vs. John Andreu, Defendant in Error.

Writ of error to Circuit court, St. Johns county; C.
L. Collins Referee.

W. A. MacWilliams, for Plaintiff in Error.

J. W. Henderson, for Defendant in Error.

This action was brought by the defendant in error
against the plaintiff in error. There was judgment for the
plaintiff and the defendant takes writ of error. Judgment
affirmed.

Decision *Per Curiam.*